**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff-Appellee, | No. 24-4546 |
| v. | |
| NICO LOWERS, | |
| Defendant-Appellant. | |

**MOTION TO WITHDRAW AS COUNSEL FOR APPELLANT**

The undersigned counsel for Appellant Nico Lowers, respectfully moves this Honorable Court for an order allowing the undersigned to withdraw as counsel pursuant to Fourth Circuit Local Rule 46(d) for the following reasons:

(1) This Court issued a published decision in this case that ultimately denied relief to Appellant Lowers based solely on a fact-sensitive ruling concerning the attenuation doctrine as a bar to obtaining exclusion of evidence for a Fourth Amendment violation.

(2) Along with a copy of this motion, the undersigned is putting in the mail a letter to Mr. Lowers explaining his right to petition for a writ of cert. to the Supreme Court, and a copy of this Court's cert. status form. Also, a prior

1

mailing to Mr. Valenzuela included a copy of this Court's recent decision in his appeal as well as the cert. status form.

(3) Counsel believes, after a conscientious examination of the Court's opinion, the applicable law, and the considerations for review stated in Supreme Court Rule 10, that a petition for a writ of cert. would not meet that exceedingly high standard, and, under that standard, would be deemed frivolous in terms of no realistic chance of being granted. Therefore, the undersigned requests permission to withdraw from further representation of Mr. Lowers.

(4) As indicated in the certificate of service, the undersigned is serving a copy of this motion on Mr. Lowers. By letter sent with the copy of the motion, counsel has also informed Mr. Lowers in writing of their right to respond to the motion within seven days, in accordance with Local Rule 46(d).

Respectfully submitted,

/s/ Raymond C. Tarlton
RAYMOND C. TARLTON
TARLTON LAW PLLC
PO Box 7
Durham, NC 27702
(919) 390-1278
ray@tarltonfirm.com

*Counsel for Appellant*

May 14, 2026

2

## CERTIFICATE OF COMPLIANCE

1.      This document complies with the type-volume limits of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 466 words.

2.      This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

## CERTIFICATE OF SERVICE

I further certify that on May 14, 2026, I have sent the foregoing document by U.S. mail, first-class postage prepaid, to the following non-CM/ECF participant, addressed as follows:

Nico Lowers
(Reg. No. 14276-510)
FCI Fort Dix
5756 Hartford & Pointville Rd
Joint Base, NJ 08640

/s/ Raymond C. Tarlton
Raymond C. Tarlton

3